# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

**ESTELE RAY NEELY**, *Individually,*
*and on behalf of himself and*
*others similarly situated,*

Plaintiff,

v.  Civil Action No._____

**U.S. XPRESS ENTERPRISES, INC.,**   **FLSA Opt-in Collective Action**
*a Nevada Corporation,*   **Rule 23 Class Action**
**U.S. XPRESS, INC.,**
*a Nevada Corporation, and*   **JURY DEMANDED**
**U.S. XPRESS LEASING, INC.,**
*a Tennessee Corporation,*

Defendants.

## CONSENT TO JOIN AS NAMED REPRESENTATIVE

1. I have been employed by Defendant during the past three years.

2. I hereby consent to join this or any subsequent action against the Defendant as a Named Representative Plaintiff or, as an Opt-In Plaintiff, to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq*., including the non-payment of straight time and overtime compensation as specified in the Collective Action Complaint.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b), *et seq.*

4. I hereby consent to join and opt-in and authorize the prosecution of the above-styled action to recover unpaid wages in my name and on my behalf as an above-named representative Plaintiff.

5. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen and Bryant and Attorneys Gordon E. Jackson, J. Russ Bryant, and Robert E. Turner, IV as well as any other attorneys with whom they may associate.

6. I understand that the personal information provided on this form will not be used for purposes other than these legal claims. Please fill this form out completely.

# Exhibit A

_(signature)_     06-24-2020     Estele Ray Neely

Signature            Date            Full Legal Name