IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

---

**ESTELE RAY NEELY**, *Individually*
*and on behalf of himself and others*
*similarly situated*,

Plaintiff,

v.  No. 1:20-cv-00174-CLC-CHS

**U.S. XPRESS ENTERPRISES, INC.,**  **FLSA Opt-in Collective Action**
*a Nevada Corporation,*  **Rule 23 Class Action**
**U.S. XPRESS, INC.,**
*a Nevada Corporation, and*  **JURY DEMANDED**
**U.S. XPRESS LEASING, INC.,**
*a Tennessee Corporation,*

Defendants.

---

### JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

---

Named Plaintiff, Estele Ray Neely, and Defendants, U.S. Xpress Enterprises, Inc., U.S. Xpress, Inc., and U.S. Xpress Leasing, Inc. (together "the Parties"), hereby agree that Plaintiff's claims in this case are subject to an arbitration agreement requiring individual arbitration. Accordingly, the Parties agree to stay all proceedings in this matter pending the outcome of Plaintiff's individual arbitration pursuant to 9 U.S.C. § 3.[1]

---

[1] *See Fazio v. Lehman Bros., Inc.*, 340 F.3d 386, 392 (6th Cir. 2003) ("If the parties to a civil action have a valid arbitration agreement, the Court should compel arbitration and stay the proceedings pending the outcome of the arbitration."); *see also Regions Bank v. Chanda*, No. 11-2296-STA, 2011 WL 4352722, at *5 (W.D. Tenn. Sept. 16, 2011) ("If the court is satisfied that the parties entered into a written agreement to arbitrate the issue(s) in the lawsuit, it is required to stay the proceedings."); *see also Halim v. Great Gatsby's Auction Gallery,* 516 F.3d 557, 561 (7th Cir. 2008) (staying the proceedings and compelling arbitration promotes expeditious resolution of a dispute).

1

Therefore, the Parties respectfully request an Order staying all proceedings in this Court until further Order and ordering the Plaintiff to submit his claims in this matter to binding individual arbitration.

Dated: July 29, 2020

Respectfully submitted,

*/s/ Robert E. Turner*
Gordon E. Jackson TN BPR #8323
J. Russ Bryant TN BPR #33830
Robert E. Turner, IV TN BPR #35364
Nathaniel A. Bishop TN BPR #35944
**JACKSON, SHIELDS, YEISER, HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
gjackson@jsyc.com
rbryant@jsyc.com
rturner@jsyc.com
nbishop@jsyc.com

*Attorneys for Plaintiff*

**-and-**

James H. Hanson, *Pro Hac Vice* Pending
E. Ashley Paynter, *Pro Hac Vice* Pending
James E. Eckhart, *Pro Hac Vice* Pending
**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 637-1777
Facsimile: (317) 687-2414
jhanson@scopelitis.com
apaynter@scopelitis.com

**CERTIFICATE OF SERVICE**

This is to certify that on the 29th day of July, 2020, a copy of the above and foregoing was served via the Court's CM/ECF system to all parties.

<em>/s/ Robert E. Turner</em>

4816-1758-5092, v. 5