# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ESTELE RAY NEELY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. XPRESS ENTERPRISES, INC., U.S. XPRESS, INC., U.S. XPRESS LEASING, INC., <br><br> Defendants. | Case No: 1:20-cv-00174-CLC-CHS <br><br> Magistrate Judge Christopher H. Steger <br><br> Hon. Curtis L. Collier |

## JOINT STATUS REPORT

Pursuant to the Court's Order Granting Joint Motion to Stay Litigation Pending Arbitration (ECF No. 11), the parties submit their joint status report:

1. On July 29, 2020, the Court granted Joint Motion to Stay Proceedings Pending Arbitration, stayed this case, and ordered the parties to submit a status report on or before February 1, 2021 and four months thereafter. ECF No. 11.

2. On July 31, 2020, Estele Ray Neely filed a demand for arbitration with the American Arbitration Association, naming U.S. Xpress Enterprises, Inc., U.S. Express, Inc., and U.S. Xpress Leasing, Inc., as respondents.

3. On October 27, 2020, the parties attended a preliminary scheduling conference with Arbitrator Michael Russell. The parties' arbitration is scheduled June 14, 2021 at 10:00 AM ET.

Dated: February 1, 2021                                    Respectfully submitted,

| | |
|---|---|
| */s/ Robert E. Turner, IV* | */s/ James H. Hanson* |
| J. Russ Bryant, Esq. | James H. Hanson (Admitted *Pro Hac Vice*) |
| Robert E. Turner, IV, Esq. | E. Ashley Paynter (Admitted *Pro Hac Vice*) |
| Jackson, Shields, Yeiser, Holt, | James A. Eckhart (Admitted *Pro Hac Vice*) |
| Owen & Bryant | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C. |
| 262 German Oak Drive | 10 West Market Street, Suite 1400 |
| Memphis, TN 38018 | Indianapolis, IN 46204 |
| Email: | Email: jhanson@scopelitis.com |
|     rbryant@jsyc.com |     apaynter@scopelitis.com |
|     rturner@jsyc.com |     jeckhart@scopelitis.com |
| | |
| Attorneys for Plaintiff, | Attorneys for Defendants, |
| Estele Ray Neely | U.S. Xpress Enterprises, Inc., U.S. Xpress, Inc., and |
| | U.S. Xpress Leasing, Inc. |

4812-0635-7210, v. 3