# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ESTELE RAY NEELY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. XPRESS ENTERPRISES, INC., U.S. XPRESS, INC., U.S. XPRESS LEASING, INC., <br><br> Defendants. | Case No: 1:20-cv-00174-CLC-CHS <br><br><br> Magistrate Judge Christopher H. Steger <br><br> Hon. Curtis L. Collier |

## JOINT MOTION FOR
## ORDER APPROVING RESOLUTION OF FLSA CLAIMS

Come now the above-named parties, through their undersigned counsel of record, and announce to the Court that they have resolved all matters in controversy between them, and hereby stipulate to the voluntary dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a). The parties also move this Court for an Order approving the terms of the Settlement Agreement and Release agreed to and executed by them (attached hereto as **Exhibit A**) and for dismissal of the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"). As grounds for this Motion, and as more fully set forth in the accompanying Memorandum, the parties would respectfully show that this agreement is a fair and reasonable compromise of a disputed claim. Accordingly, the parties jointly request that this Motion be granted. A proposed Order is submitted contemporaneously herewith.

Respectfully submitted this 28th day of April, 2021.

*/s/ Robert E. Turner, IV*
J. Russ Bryant, Esq.
Robert E. Turner, IV, Esq.
Jackson, Shields, Yeiser, Holt,
Owen & Bryant
262 German Oak Drive
Memphis, TN 38018
Email: rbryant@jsyc.com
      rturner@jsyc.com

Attorneys for Plaintiff,
Estele Ray Neely

*/s/ James H. Hanson*
James H. Hanson (Admitted *Pro Hac Vice*)
E. Ashley Paynter (Admitted *Pro Hac Vice*)
James A. Eckhart (Admitted *Pro Hac Vice*)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Email: jhanson@scopelitis.com
      apaynter@scopelitis.com
      jeckhart@scopelitis.com

Attorneys for Defendants,
U.S. Xpress Enterprises, Inc., U.S. Xpress, Inc., and
U.S. Xpress Leasing, Inc.